UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-62617-CIV-ROSENBAUM

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address
174.48.244.246,

    Defendant.
_____/

## ORDER

This matter is before the Court upon a review of the case file. On April 21, 2014, the Court received a Notice of Settlement indicating that the parties had reached a settlement of this matter. *See* ECF No. 8. In light of the Notice of Settlement, the Court hereby directs the parties to submit a stipulation for dismissal within seven calendar days of the date of this Order so that the case file may be closed. If the parties would like the Court to retain jurisdiction for the limited purpose of enforcing the terms of the settlement, they must make the settlement agreement contingent upon the Court's retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Additionally, the parties shall include notification to the Court in their Stipulation of Dismissal that the dismissal of the action is contingent upon the Court retaining jurisdiction to enforce the terms of the settlement agreement.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 22nd day of April 2014.

                                                       ROBIN S. ROSENBAUM
                                                       UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Patrick M. Hunt
Counsel of record