UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 174.48.244.246,<br><br>    Defendant. | Civil Case No. 0:13-cv-62617-RSR |

## STIPULATED DISMISSAL

PLEASE TAKE NOTICE, Plaintiff, Malibu Media, LLC and Defendant, John Doe Defendant assigned IP address 174.48.244.246, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby stipulate that Plaintiff's claims against Defendant are hereby dismissed.  Each party shall pay its own fees and costs.

Consistent herewith, Plaintiff and Defendant consent to the Court having its case closed. The dismissal of this action is contingent upon the Court retaining jurisdiction to enforce the terms of the settlement agreement.

Dated: April 29, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ *M. Keith Lipscomb*<br>M. Keith Lipscomb, Esquire (429554)<br>LIPSCOMB, EISENBERG & BAKER, PL<br>2 S. Biscayne Blvd., Penthouse 3800<br>Miami, FL 33132<br>Tel.: (786) 431-2228<br>Fax: (786) 431-2229<br>E-mail: klipscomb@lebfirm.com<br>*Attorney for Malibu Media, LLC* | /s/ David Tamaroff<br>David F. Tamaroff, Esq. (92084)<br>TAMAROFF & TAMAROFF, P.A.<br>169 East Flagler Street, Suite 1633<br>Miami, Florida 33131<br>Tel.: (305) 350-7440<br>Fax: (305) 350-7441<br>E-mail: david@tamarofflaw.com<br>*Attorney for Defendant* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>174.48.244.246, )<br>)<br>Defendant. )<br>_____) | Civil Case No. 0:13-cv-62617-RSR |

**ORDER ON STIPULATED DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Stipulation that Plaintiff's claims against Defendant in this matter are dismissed, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's claims against each Defendant in this matter are hereby dismissed. Each party shall pay its own fees and costs.

IT IS FURTHER ORDERED: The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

SO ORDERED this ___ day of _____, 2014.

By: _____
**UNITED STATES DISTRICT JUDGE**