UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 13-62617-CIV-ROSENBAUM**

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 174.48.244.246,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

This matter is before the Court upon the parties' Stipulated Dismissal [ECF No. 10]. In this filing, the parties stipulate to the dismissal with prejudice of this case pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P. Upon consideration, it is hereby **ORDERED and ADJUDGED** that the parties' Stipulated Dismissal [ECF No. 10] is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorney's fees and costs. The Court shall retain jurisdiction for the limited purpose of enforcing the terms of the parties' settlement agreement. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 30th day of April 2014.

                                               ROBIN S. ROSENBAUM
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record